# Order

Michigan Supreme Court
Lansing, Michigan

March 24, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135502

JACQUELINE RILEY,
      Plaintiff-Appellee,

v

CHRISTOPHER STEELE, CRNA,
RICHARD A. STARK, M.D., KALAMAZOO
ANESTHESIOLOGY, P.C., and BRONSON
METHODIST HOSPITAL,
      Defendants,

and

JOEL H. REINOEHL, M.D. and ADVANCED
CARDIAC HEALTHCARE, P.L.C.,
      Defendants-Appellants.
_____/

SC: 135502
COA: 279307
Kalamazoo CC: 05-000441-NH

On order of the Court, the application for leave to appeal the November 21, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

_____
Clerk

d0317